**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

Metin Guney
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # 310 334

vs.

Butler County Jail
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

______________________________

______________________________

______________________________

______________________________

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

______________________________
NAME - FULL NAME PLEASE - PRINT

Metin Guney
ADDRESS: STREET, CITY, STATE AND ZIP CODE

705 hanover St, Hamilton Oh 45011

–
______________________________
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT

PLAINTIFFS:

______________________________

______________________________

______________________________

DEFENDANTS:

______________________________

______________________________

______________________________

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT , NAME THE COUNTY)

______________________________

3. DOCKET NUMBER

______________________________

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

______________________________

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

______________________________

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

______________________________

7. APPROXIMATE DATE OF THE DISPOSITION

______________________________

PLACE OF PRESENT CONFINEMENT

______________________________________________

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

I was made a grievience request about my petition from the Jail's kiosk machine several time

2. WHAT WAS THE RESULT?

They wasnt start any investigation and when i was requested conversation with the Jail investigators sgt Coumbs was assaulted me

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

______________________________________________

______________________________________________

______________________________________________

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO (X)

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

______________________________________________

______________________________________________

______________________________________________

2. WHAT WAS THE RESULT?

______________________________________________

______________________________________________

______________________________________________

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Butler County JaiL
NAMES - FULL NAME PLEASE
705 hanover St, Hamilton Oh 45011
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. ______________________________

______________________________

3. ______________________________

______________________________

4. ______________________________

______________________________

5. ______________________________

______________________________

6. ______________________________

______________________________

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

My name is Metin Guney. I have been detained by the "ICE" in Butler County Jail in very hard condition which its been almost 9 months. When i came to Butler County Jail in my property was some cash moneys (around 50$) and my "PNC" debit Card namely "Metin Guney" which in with around 5000$.

I was requested from the Jail administration put my cash moneys in my books, but jail administration was claimed two false claim.

- First, they had told me that they alredy did before which they never did! Because in the deposit records it doesnt show (in my jail account)
- Secund, they also falsely claimed that i never had any cash moneys with me when i came to the Butler County Jail. I requested review of the video recording's from that day, whens i came to this jail. Jails administration had told me that the Jail doesn't have any video records for the past. And also Jail administration was stolen my "PNC" debit card. Because Because when my friend came to the Jail for pick-up my debit card jail administration

*(contiuned in additional sheet page 1)*

had told her, in my property never was any debit card.
But on this 12/10/2025 date, they was sent a message by
the kiosk machine "i saw only card, no cash".
Jail's seurgent (2460) was came to the B-pod and
falsely claimed that "card already picked-up by somebody on
august the 13, 2025. i never released any property on
13 august 2025.
But when he claimed that he forgot that which they was
send a message by the kiosk "i saw only card, no cash"
on 12/10/2025.
And after he said that he going to double-check my property.
In an hour he cameback and said my debit card was found
in my property. Next week when my friend again came for
my card. They gave to her wrong card in some blue bag
which wasn't belonged to me and which wasnt "PNC" card.
i again requested from the jail administration investigate
this situation. But the officer (2460) show up again who's
lied before multiple time. Because of that simply lies
i had told him "i don't want to talk with you and
i want to talk with any difference police about this
situation. And that time he was attacked me with the
another officer who's i didnt know him. They grabbed
me very agresivly and kicked me to the Tribune. Because
of that attack, i get bruises on my ribs and my head
was swollen. This situation was reported by me to the
Jail's medical service and to the "ICE". Even i was show
them the bloode which coming out while im coughing from
my mouth which was start after that assault. But "ICE" and
"medical service" hide this fact. Accident occured on 15 march
2026 in Butler County Jail in the B-pod.

Statement of Claim (additional sheet) page 2

I Respectfully Request from the Federal Court investigate this Situation which i explained in my statement.

i, Metin Guney, certify with my signature that statement's in all pages belonged to me. Under penalty of perjury under United States Law, i affirm that the foregoing is entirely true.

Respectfully: Metin Guney

Signature:

Date: 03/24/2026

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

Because Of this "assault" and because of this "violation of human rights" which i suffered in Butler County Jail, i Request from the Federal Court release me with the "Greencard" so i can live in safety and in freedom in United States.

SIGNED THIS 03 DAY OF 24 march 2026

[signature]

SIGNATURE OF PLAINTIFF